UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS et al.,

                      Plaintiffs,

    -against-

MAIA MP CONSTRUCTION, INC., *a/k/a* MAIA
MP CONSTRUCTION, INC.,

                      Defendant.
------------------------------------------------------------- X

ORDER

20 Civ. 5842 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on December 1, 2020 at 9:30 a.m. is hereby cancelled.

Dated: November 23, 2020
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE