**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS
and THE DISTRICT COUNCIL NO. 9, DRYWALL
TAPERS AND POINTERS OF GREATER NEW YORK
LOCAL UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF PAINTERS AND
ALLIED TRADES, AFL-CIO,

                Plaintiffs,

-against-

MAIA MP CONSTRUCTION, INC. *a/k/a* MAIA MP
Construction, Inc.,

                Defendant.

DEFAULT JUDGMENT

20 Civ. 5842 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on July 28, 2020, by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Maia MP Construction, Inc. on July 30, 2020, by personally serving Sue Zouky, an authorized agent of Defendant, and proof of service having been filed on August 11, 2020, and Defendant having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that a judgment is entered in favor of Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds and the District Council No. 9, Drywall Tapers and Pointers of Greater New York Local Union 1974, affiliated with International Union of Painters and Allied Trades, AFL-CIO against Defendant as follows:

    1. Plaintiffs are awarded unpaid fringe benefit contributions in the principal amount

of $45,252.30 for the period of February 5, 2019 through May 28, 2019;

2. Plaintiffs are awarded liquidated damages at a rate of ten percent (10%) on the principal amount of unpaid fringe benefit contributions in the amount of $4,525.23;

3. Plaintiffs are awarded interest at a rate of five and one quarter percent (5.25%) per annum on the principal amount of unpaid fringe benefit contributions in the amount of $3,351.66; and

4. Plaintiffs are awarded reasonable attorneys' fees and costs in the amount of $3,170.

The Clerk of Court is hereby ORDERED to enter final judgment in favor of Plaintiffs against Defendant.

Dated: New York, New York
June 2, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge